IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Pragmatus VOD LLC<br><br>　Plaintiffs,<br><br>v.<br><br>Bright House Networks, LLC,<br>Advance Communication Corp. d/b/a<br>Advance/Newhouse Communications,<br>Cablevision Systems Corporation,<br>CSC Holdings, LLC,<br>Charter Communications, Inc.,<br>Charter Communications Holding<br>Company, LLC,<br>Charter Communications Operating,<br>LLC,<br>Comcast Corporation,<br>Comcast Cable Communications, LLC,<br>National Digital Television Center, LLC<br>d/b/a Comcast Media Center,<br>Cox Communications, Inc.,<br>Coxcom, Inc.,<br>Time Warner Cable Inc.,<br>Time Warner Cable LLC,<br>Time Warner NY Cable LLC,<br>　and<br>Time Warner Entertainment Company,<br>　L.P.<br><br>　Defendants. | 11-cv-00070-PD<br><br>JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL OF CABLEVISION SYSTEMS CORPORATION WITHOUT PREJUDICE

　　WHEREAS Defendants Cablevision Systems Corporation, and CSC Holdings, LLC have represented to Plaintiff Pragmatus VOD LLC ("Pragmatus") that:

1

1. CSC Holdings, LLC is the proper Cablevision entity to respond to the claims asserted by Pragmatus in this case, and no Cablevision entity will take the position that CSC Holdings, LLC is not the proper party;

2. Pragmatus can assert its current infringement claims against, and reach, all of Cablevision's cable operations through CSC Holdings, LLC.  Pragmatus does not need to add any Cablevision entities or affiliates to this suit to be able to assert its infringement claims against all of Cablevision's cable operations;

3. CSC Holdings, LLC has the financial ability to pay any judgment entered in this case;

4. Cablevision System Corporation is a parent company with no cable operations.  To the extent Cablevision System Corporation has any documents in its possession, custody or control that are relevant to the above-referenced litigation, CSC Holdings, LLC will not object to producing those documents on the basis that they are exclusively in the possession of Cable Systems Corporation.

NOW THEREFORE, in reliance upon the above representations, pursuant to Fed. R. Civ. P. 41(a)(1), Pragmatus, by and through undersigned counsel, hereby voluntarily dismisses only Defendant Cablevision Systems Corporation from this action without prejudice.

DATED:  March 14, 2011                     Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
919 North Market Street
12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com

*Counsel for Plaintiff*
*Pragmatus VOD LLC*

John M. Desmarais
Alan S. Kellman
Tamir Packin
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
(212) 351-3400
(212) 351-3401
jdesmarais@desmaraisllp.com
akellman@desmaraisllp.com
tpackin@desmaraisllp.com

*Of Counsel*