# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

April 15, 2011

The Honorable Paul S. Diamond             <u>VIA ELECTRONIC FILING</u>
U.S. District Court for the
    Eastern District of Pennsylvania
6613 U.S. Courthouse
601 Market Street
Philadelphia, PA  19106

       Re:    *Pragmatus VOD LLC v. Bright House Networks, LLC, et al.*,
              <u>C.A. No. 11-070-PD (District of Delaware)</u>

Dear Judge Diamond:

    I am writing on behalf of all parties in the above Delaware action, in which a Preliminary Pretrial Conference is scheduled to occur at 2:00 p.m on May 4, 2011.

    The parties currently are discussing a conflict issue which has the potential to result in motion practice but which the parties are hoping to resolve amicably. In order to allow sufficient time for those discussions to conclude, the parties respectfully request that the May 4 conference be postponed for three weeks or until as soon thereafter as is convenient for the Court.

                                                             Respectfully,

                                                             */s/ Steven J. Balick*

                                                             Steven J. Balick

SJB/dmf

cc:    Brian E. Farnan, Esquire (via electronic mail)
         John M. Desmarais, Esquire (via electronic mail)
         Frederick L. Cottrell, III, Esquire (via electronic mail)
         David S. Benyacar, Esquire (via electronic mail)
         Benjamin Hershkowitz, Esquire (via electronic mail)
         Jack B. Blumenfeld, Esquire (via electronic mail)
         Matthew B. Lehr, Esquire (via electronic mail)
         Alfred W. Putnam, Jr., Esquire (via electronic mail)
         Vaibhav P. Kadaba, Esquire (via electronic mail)
         Taylor H. Ludlam, Esquire (via electronic mail)
         Bradford P. Lyerla, Esquire (via electronic mail)
         Jeffrey H. Dean, Esquire (via electronic mail)

{00507791;v1}