## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Pragmatus VOD LLC** | |
| **Plaintiff,** | **Civil Action No. 11-cv-00070-PD** |
| **v.** | **JURY TRIAL DEMANDED** |
| **Bright House Networks, LLC, et al.** | |
| **Defendants.** | |

### NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that John M. Desmarais, Alan S. Kellman, Tamir Packin, and Eugene Chiu of Desmarais LLP withdraw as counsel for Plaintiff Pragmatus VOD LLC ("Pragmatus") in this action.  Farnan LLP will remain as counsel to Pragmatus.

DATED:   June 3, 2011

Respectfully submitted,

 /s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Farnan LLP
919 North Market Street
12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com

*Counsel for Plaintiff*
*Pragmatus VOD LLC*

1