

Anne Shea Gaza
302-651-7539
Gaza@rlf.com

June 3, 2011

**VIA CM/ECF AND FACSIMILE**
The Honorable Paul S. Diamond
United States District Court for
 the Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street, Room 6613
Philadelphia, PA 19106-1712

      Re:  *Pragmatus VOD, LLC v. Bright House Networks, LLC, et al.,*
            C.A. No. 11-070 (D. Del.)

Dear Judge Diamond:

    All parties in the above-captioned case respectfully request a short continuance of the Rule 16 conference currently scheduled for Wednesday, June 8, 2011 at 2:00 p.m. As the parties previously advised the Court (*see* D.I. 65), they have been discussing a conflict issue. As a result of those discussions, Desmarais LLP (which was lead counsel for Plaintiff) today filed a Notice of Withdrawal.

    In view of this development, the parties respectfully request that the Court continue the Rule 16 Scheduling Conference for two weeks or as soon thereafter as is convenient for the Court.

                                 Respectfully,

                                 *Anne Shea Gaza*
                                 Anne Shea Gaza (#4093)

cc: All counsel of record (via email)