IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRAGMATUS VOD LLC | : |
| v. | : CIVIL ACTION |
| | : NO. 11-070 (PD) |
| BRIGHT HOUSE | : |
| NETWORKS, LLC et al. | : |

## ORDER

**AND NOW**, this 20th day of July, 2011, upon consideration of the July 19, 2011 letter regarding the status of this matter *(Doc. No. 70)*, it is **ORDERED** that:

1. The action is **DISMISSED**.

2. The Court shall retain jurisdiction, and this Order shall not prejudice the rights of the Parties to this litigation.

3. The Clerk of Court shall **CLOSE** this case for statistical purposes.

IT IS SO ORDERED.

_____
Paul S. Diamond, J.