# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. Box 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

JACK B. BLUMENFELD
302 351 9291
302 425 3012 FAX
jblumenfeld@mnat.com

July 19, 2011

**PUBLIC VERSION**

The Honorable Paul S. Diamond
United States District Court
  For the Eastern District of Pennsylvania
6613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

*VIA ELECTRONIC FILING*
*and FACSIMILE*

**Confidential Version Filed: July 19, 2011**

**Public Version Filed: August 29, 2011**

Re: *Pragmatus VOD LLC v. Bright House Networks, LLC, et al.*
    C.A. No. 11-070 (PD) (D. Del)

Dear Judge Diamond:

I write on behalf of all parties REDACTED
REDACTED
REDACTED we request that the July 25 status conference be postponed for approximately a month.

Respectfully,

*/s/ Jack Blumenfeld*

Jack B. Blumenfeld (#1014)

JBB/dlb
cc: Clerk of Court (Via Hand Delivery)
     All Counsel of Record (Via Electronic Mail)